**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **416 8th Avenue BBQ, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **36-4899316** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 Drake Rd** **Pleasant Valley, NY 12569** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dutchess** County | Location of principal assets, if different from principal place of business **416 8th Avenue New York, NY 10001** Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | 416 8th Avenue BBQ, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

 7225

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **416 8th Avenue BBQ, LLC**    Case number (*if known*)
Name

**11. Why is the case filed in this district?**    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **416 8th Avenue BBQ, LLC**                                    Case number (*if known*)
          Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 10, 2019**
               MM / DD / YYYY

X  **/s/ James Goldman**                                    **James Goldman**
   Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**

X  **/s/ Robert L. Rattet**                                 Date   **May 10, 2019**
   Signature of attorney for debtor                                MM / DD / YYYY

   **Robert L. Rattet 1674118**
   Printed name

   **Rattet PLLC**
   Firm name

   **202 Mamaroneck Avenue**
   **Suite 300**
   **White Plains, NY 10601**
   Number, Street, City, State & ZIP Code

   Contact phone   **+1-914-381-7400**    Email address   **rrattet@rattetlaw.com**

   **1674118 NY**
   Bar number and State

**Fill in this information to identify the case:**

Debtor name    **416 8th Avenue BBQ, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 10, 2019**            X **/s/ James Goldman**
                                            Signature of individual signing on behalf of debtor

                                            **James Goldman**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name | 416 8th Avenue BBQ, LLC

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 416 8th Owner, LLC 560 Fifth Avenue New York, NY 10001 | | Additonal security deposit payable | | | | $177,983.00 |
| 416 8th Owner, LLC 560 Fifth Avenue New York, NY 10001 | | Rent arrears, etc. | Unliquidated | | | $145,379.60 |
| American Express Merchant Financing 200 Vesey Street New York, NY 10285 | | Claim against prior operator | Disputed | | | $392,002.69 |
| Anheuser Busch 550 Food Center Drive Bronx, NY 10474 | | | | | | $1,899.88 |
| Auto Chlor Systems 685 Gotham Parkway Carlstadt, NJ 07072-2403 | | | | | | $1,326.66 |
| Direct Energy P.O. Box 70220 Philadelphia, PA 19176-0220 | | | | | | $1,963.12 |
| DirecTV P.O. Box 5006 Carol Stream, IL 60197-5006 | | | | | | $1,260.13 |
| Empire Merchants 16 Bridgewater Street Brooklyn, NY 11222-9964 | | | | | | $2,205.51 |
| I. Halper Paper and Supplies, 51 Hook Road Bayonne, NJ 07002 | | | | | | $4,916.68 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **416 8th Avenue BBQ, LLC**
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Interstate Foods**<br>**565 West Street**<br>**New York, NY 10014** | | | | | | **$859.48** |
| **Joseph DeMarco**<br>**110 Congress St**<br>**Bridgeport, CT**<br>**06604** | | | | | | **$8,450.00** |
| **Kitchenworks**<br>**PO Box 771**<br>**Freeport, NY 11520** | | | | | | **$1,489.41** |
| **Liberty Coca-Cola**<br>**Beverages**<br>**PO BOX 780810**<br>**Philadelphia, PA**<br>**19178-0810** | | | | | | **$1,307.94** |
| **Manhattan Beer**<br>**955 East 149 Street**<br>**Bronx, NY**<br>**10455-2097** | | | | | | **$5,111.31** |
| **NYS Dept of**<br>**Taxation & Finance**<br>**P.O. Box 5149**<br>**Albany, NY 12205** | | **Sales Taxes**<br>**payable** | | | | **$47,200.00** |
| **Shareholders loan** | | | | | | **$75,000.00** |
| **Southern Glazer's of**<br>**NY Metro**<br>**PO Box 3143**<br>**Hicksville, NY 11802** | | | | | | **$7,762.02** |
| **Systemic Pest**<br>**Elimination**<br>**PO Box 431**<br>**Hillsdale, NJ 07642** | | | | | | **$990.76** |
| **US Foods**<br>**PO BOX 641871**<br>**Pittsburgh, PA**<br>**15264-1871** | | | | | | **$36,089.10** |
| **W.B. Mason Co., Inc.** | | | | | | **$2,438.48** |

# United States Bankruptcy Court
## Southern District of New York

In re  **416 8th Avenue BBQ, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ACC BBQ LLC** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 10, 2019**

Signature  **/s/ James Goldman**

**James Goldman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **416 8th Avenue BBQ, LLC**           Case No. _____

                  Debtor(s)           Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **416 8th Avenue BBQ, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

  **ACC BBQ LLC**

☐ None [*Check if applicable*]

**May 10, 2019** _____

Date

**/s/ Robert L. Rattet** _____

**Robert L. Rattet 1674118**

Signature of Attorney or Litigant

Counsel for   **416 8th Avenue BBQ, LLC**

**Rattet PLLC**

**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**
**+1-914-381-7400 Fax:+1-914-381-7406**
**rrattet@rattetlaw.com**

## United States Bankruptcy Court
### Southern District of New York

In re   **416 8th Avenue BBQ, LLC** _____   Case No. _____

_____

Debtor(s)                                  Chapter   **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **James Goldman**, declare under penalty of perjury that I am the **Manager** of **416 8th Avenue BBQ, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30th day of April, 2019_.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James Goldman**, **Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James Goldman**, **Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James Goldman**, **Manager** of this Corporation is authorized and directed to employ **Robert L. Rattet 1674118**, attorney and the law firm of **Rattet PLLC** to represent the corporation in such bankruptcy case."

Date   **May 10, 2019** _____          Signed   /s/ James Goldman _____

                                                                    **James Goldman**

Resolution of Board of Directors
of
**416 8th Avenue BBQ, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James Goldman, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James Goldman, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James Goldman, Manager** of this Corporation is authorized and directed to employ **Robert L. Rattet 1674118**, attorney and the law firm of **Rattet PLLC** to represent the corporation in such bankruptcy case.

Date  **May 10, 2019**_____        Signed   **/s/ James Goldman**_____

Date  _____        Signed   _____

# United States Bankruptcy Court
## Southern District of New York

In re    **416 8th Avenue BBQ, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 10, 2019**

/s/ James Goldman

**James Goldman/Manager**
Signer/Title

416 8TH OWNER, LLC
560 FIFTH AVENUE
NEW YORK, NY 10036


A+ TOWEL & LINEN SUPPLY
149 VERDI STREET
FARMINGDALE, NY 11735


AMERICAN EXPRESS
MERCHANT FINANCING
200 VESEY STREET
NEW YORK, NY 10285


AMERICAN EXPRESS NATIONAL BANK
C/O DATAMARK INC.
43 BUTTERFIELD CIRCLE
EL PASO, TX 79906


ANHEUSER BUSCH
550 FOOD CENTER DRIVE
BRONX, NY 10474


AUTO CHLOR SYSTEMS
685 GOTHAM PARKWAY
CARLSTADT, NJ 07072-2403


BMI


DIRECT ENERGY
P.O. BOX 70220
PHILADELPHIA, PA 19176-0220


DIRECTV
P.O. BOX 5006
CAROL STREAM, IL 60197-5006


ELI'S BREAD INC.
P.O. BOX 29093
NEW YORK, NY 10087-9093


EMPIRE MERCHANTS
16 BRIDGEWATER STREET
BROOKLYN, NY 11222-9964

I. HALPER PAPER AND SUPPLIES,
51 HOOK ROAD
BAYONNE, NJ 07002


INTERSTATE FOODS
565 WEST STREET
NEW YORK, NY 10014


JOSEPH DEMARCO
110 CONGRESS ST
BRIDGEPORT, CT 06604


JOSHUA WEIGENSBERG, ESQ.
PRYOR CASHMAN
7 TIMS SQUARE
NEW YORK, NY 10036


KITCHENWORKS
PO BOX 771
FREEPORT, NY 11520


LIBERTY COCA-COLA BEVERAGES
PO BOX 780810
PHILADELPHIA, PA 19178-0810


MANHATTAN BEER
955 EAST 149 STREET
BRONX, NY 10455-2097


NYC DEPT OF FINANCE
345 ADAMS STREET, 10TH FL
ATTN: LEGAL AFFAIRS DIV.
BROOKLYN, NY 11201-3719


NYS DEPT OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS DEPT OF TAXATION & FINANCE
P.O. BOX 5149
ALBANY, NY 12205

OAK BEVERAGE
1 FLOWER LANE
BLAUVELT, NY 10913


PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036


SECURITY & EXCHANE COMMISSION
NY REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281


SOUTHERN GLAZER'S OF NY METRO
PO BOX 3143
HICKSVILLE, NY 11802


SYSTEMIC PEST ELIMINATION
PO BOX 431
HILLSDALE, NJ 07642


TIME WARNER CABLE
P.O. BOX 11820
NEWARK, NJ 07101-8120


TODD SOLOWAY, ESQ.
PRYOR CASHMAN
7 TIMES SQUARE
NEW YORK, NY 10036


UNION BEER DISTRIBUTORS
1213-17 GRAND STREET
BROOKLYN, NY 11211


UNITED STATES TRUSTEE
201 VARICK STREET #1006
NEW YORK, NY 10014


US ATTORNEY OFFICE SDNY
TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

US FOODS
PO BOX 641871
PITTSBURGH, PA 15264-1871


W.B. MASON CO., INC.


WASHINGTON BUSINESS BANK
223 5TH AVE. SE
OLYMPIA, WA 98501