**416 8th avenue BBQ LLC**

**13 Week Projection**

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales- Restaurant** | | | | | | | | | | | | | |
| Food | $ 44,360.19 | $ 44,360.19 | $ 44,360.19 | $ 44,360.19 | $ 44,360.19 | $ 44,360.19 | $ 39,924.17 | $ 39,924.17 | $ 39,924.17 | $ 44,360.19 | $ 44,360.19 | $ 37,706.16 | $ 35,820.85 |
| Liquor | $ 15,919.05 | $ 15,919.05 | $ 15,919.05 | $ 15,919.05 | $ 15,919.05 | $ 15,919.05 | $ 14,327.15 | $ 14,327.15 | $ 14,327.15 | $ 15,919.05 | $ 15,919.05 | $ 13,531.20 | $ 12,854.64 |
| Beer | $ 13,346.10 | $ 13,346.10 | $ 13,346.10 | $ 13,346.10 | $ 13,346.10 | $ 13,346.10 | $ 12,011.49 | $ 12,011.49 | $ 12,011.49 | $ 13,346.10 | $ 13,346.10 | $ 11,344.19 | $ 10,776.98 |
| Beverage | $ 1,631.22 | $ 1,631.22 | $ 1,631.22 | $ 1,631.22 | $ 1,631.22 | $ 1,631.22 | $ 1,468.10 | $ 1,468.10 | $ 1,468.10 | $ 1,631.22 | $ 1,631.22 | $ 1,386.54 | $ 1,317.21 |
| Merchandise | $ 79.77 | $ 79.77 | $ 79.77 | $ 79.77 | $ 79.77 | $ 79.77 | $ 71.79 | $ 71.79 | $ 71.79 | $ 79.77 | $ 79.77 | $ 67.80 | $ 64.41 |
| Misc | $ 164.61 | $ 164.61 | $ 164.61 | $ 164.61 | $ 164.61 | $ 164.61 | $ 148.15 | $ 148.15 | $ 148.15 | $ 164.61 | $ 164.61 | $ 139.92 | $ 132.92 |
| **Total Sales Restaurant** | $ 75,500.94 | $ 75,500.94 | $ 75,500.94 | $ 75,500.94 | $ 75,500.94 | $ 75,500.94 | $ 67,950.85 | $ 67,950.85 | $ 67,950.85 | $ 75,500.94 | $ 75,500.94 | $ 64,175.80 | $ 60,967.01 |
| | | | | | | | | $ - | $ - | | | | |
| | | | | | | | | $ - | $ - | | | | |
| **Total Gross Sales** | $ 75,500.94 | $ 75,500.94 | $ 75,500.94 | $ 75,500.94 | $ 75,500.94 | $ 75,500.94 | $ 67,950.85 | $ 67,950.85 | $ 67,950.85 | $ 75,500.94 | $ 75,500.94 | $ 64,175.80 | $ 60,967.01 |
| | | | | | | | | $ - | $ - | | | | |
| **Comps** | | | | | | | | | | | | | |
| Food | $ 2,855.32 | $ 2,855.32 | $ 2,855.32 | $ 2,855.32 | $ 2,855.32 | $ 2,855.32 | $ 2,569.79 | $ 2,569.79 | $ 2,569.79 | $ 2,855.32 | $ 2,855.32 | $ 2,427.02 | $ 1,213.51 |
| Beverage | $ 3,351.93 | $ 3,351.93 | $ 3,351.93 | $ 3,351.93 | $ 3,351.93 | $ 3,351.93 | $ 3,016.73 | $ 3,016.73 | $ 3,016.73 | $ 3,351.93 | $ 3,351.93 | $ 2,849.14 | $ 1,424.57 |
| | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Comps** | $ 6,207.25 | $ 6,207.25 | $ 6,207.25 | $ 6,207.25 | $ 6,207.25 | $ 6,207.25 | $ 5,586.52 | $ 5,586.52 | $ 5,586.52 | $ 6,207.25 | $ 6,207.25 | $ 5,276.16 | $ 2,638.08 |
| | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Sales** | $ 69,293.70 | $ 69,293.70 | $ 69,293.70 | $ 69,293.70 | $ 69,293.70 | $ 69,293.70 | $ 62,364.33 | $ 62,364.33 | $ 62,364.33 | $ 69,293.70 | $ 69,293.70 | $ 58,899.64 | $ 58,328.93 |
| | | | | | | | | | | | | | |
| **Cost of Sales** | | | | | | | | | | | | | |
| Food | | | | | | | | | | | | | |
| Food- Restaurant | $ 10,931.80 | $ 10,931.80 | $ 10,931.80 | $ 10,931.80 | $ 10,931.80 | $ 10,931.80 | $ 9,838.62 | $ 9,838.62 | $ 9,838.62 | $ 10,931.80 | $ 10,931.80 | $ 9,292.03 | $ 8,955.21 |
| **Total Food** | $ 10,931.80 | $ 10,931.80 | $ 10,931.80 | $ 10,931.80 | $ 10,931.80 | $ 10,931.80 | $ 9,838.62 | $ 9,838.62 | $ 9,838.62 | $ 10,931.80 | $ 10,931.80 | $ 9,292.03 | $ 8,955.21 |
| Beverage | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | |
| Liquor | $ 2,774.41 | $ 2,774.41 | $ 2,774.41 | $ 2,774.41 | $ 2,774.41 | $ 2,774.41 | $ 2,496.97 | $ 2,496.97 | $ 2,496.97 | $ 2,774.41 | $ 2,774.41 | $ 2,358.25 | $ 2,185.29 |
| Beer | $ 2,036.45 | $ 2,036.45 | $ 2,036.45 | $ 2,036.45 | $ 2,036.45 | $ 2,036.45 | $ 1,832.81 | $ 1,832.81 | $ 1,832.81 | $ 2,036.45 | $ 2,036.45 | $ 1,730.99 | $ 1,832.09 |
| Beverage | $ 766.50 | $ 766.50 | $ 766.50 | $ 766.50 | $ 766.50 | $ 766.50 | $ 689.85 | $ 689.85 | $ 689.85 | $ 766.50 | $ 766.50 | $ 651.52 | $ 651.52 |
| **Total Beverage** | $ 5,577.36 | $ 5,577.36 | $ 5,577.36 | $ 5,577.36 | $ 5,577.36 | $ 5,577.36 | $ 5,019.62 | $ 5,019.62 | $ 5,019.62 | $ 5,577.36 | $ 5,577.36 | $ 4,740.75 | $ 4,668.90 |
| **Total Cost of Sales** | $ 16,509.16 | $ 16,509.16 | $ 16,509.16 | $ 16,509.16 | $ 16,509.16 | $ 16,509.16 | $ 14,858.24 | $ 14,858.24 | $ 14,858.24 | $ 16,509.16 | $ 16,509.16 | $ 14,032.79 | $ 13,624.11 |
| | | | | | | | | | | | | | |
| **Gross Profit** | $ 52,784.53 | $ 52,784.53 | $ 52,784.53 | $ 52,784.53 | $ 52,784.53 | $ 52,784.53 | $ 47,506.08 | $ 47,506.08 | $ 47,506.08 | $ 52,784.53 | $ 52,784.53 | $ 44,866.85 | $ 44,704.82 |
| | | | | | | | | | | | | | |
| **Payroll & Benefits** | | | | | | | | | | | | | |
| **Salary and Wages** | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 21,395.35 | $ 18,186.05 | $ 18,186.05 |
| **Security** | $ 622.27 | $ 622.27 | $ 622.27 | $ 622.27 | $ 622.27 | $ 622.27 | $ 622.27 | $ 622.27 | $ 622.27 | $ 622.27 | $ 622.27 | $ 528.93 | $ 528.93 |
| Commissions | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Bonus | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payroll Taxes | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,368.35 | $ 2,013.09 | $ 2,013.09 |
| Workers Comp Insurance | $ 771.21 | $ 771.21 | $ 771.21 | $ 771.21 | $ 771.21 | $ 771.21 | $ 771.21 | $ 771.21 | $ 771.21 | $ 771.21 | $ 771.21 | $ 655.53 | $ 655.53 |
| Employee Benefits | $ 52.54 | $ 52.54 | $ 52.54 | $ 52.54 | $ 52.54 | $ 52.54 | $ 52.54 | $ 52.54 | $ 52.54 | $ 52.54 | $ 52.54 | $ 44.66 | $ 44.66 |
| **Total Payroll & Benefits** | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 25,209.71 | $ 21,428.25 | $ 21,428.25 |
| | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - |
| **Occupancy Costs** | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 | $ 13,531.63 |
| Real Estate Tax | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 | $ 5,333.49 |
| CRT | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Deffered Rent | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Occupancy Costs** | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 | $ 18,865.12 |
| | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating Costs** | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Advertising & Promotion | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 147.28 | $ 125.19 | $ 125.19 |
| Dining Rewards Promo | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Commission Delivery service | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 393.98 | $ 334.88 | $ 334.88 |
| Bank Charges | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 69.77 | $ 59.30 | $ 59.30 |
| Chargebacks | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 24.42 | $ 20.76 | $ 20.76 |
| Credit Card Fees | $ 1,450.37 | $ 1,450.37 | $ 1,450.37 | $ 1,450.37 | $ 1,450.37 | $ 1,450.37 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,450.37 | $ 1,450.37 | $ 1,232.81 | $ 1,232.81 | |
| Donations | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dues and Subscriptions | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Entertainment-AV | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 252.25 | $ 214.41 | $ 214.41 |
| Entertainment-Other | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 4.65 | $ 3.95 | $ 3.95 |
| Equipment | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 118.52 | $ 100.74 | $ 100.74 |
| Extermination | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 234.71 | $ 199.51 | $ 199.51 |
| Fees | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 167.78 | $ 142.61 | $ 142.61 |
| Insurance | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 642.14 | $ 545.82 | $ 545.82 |
| Licenses and Permits | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 115.74 | $ 98.38 | $ 98.38 |
| Linen and Uniforms | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 353.22 | $ 300.24 | $ 300.24 |
| Office Expense | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 149.42 | $ 127.01 | $ 127.01 |
| Reimbursed Expenses | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 252.56 | $ 214.67 | $ 214.67 |
| Repairs and Maintanance | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 348.84 | $ 296.51 | $ 296.51 |
| Research and Development | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Service Contract | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 483.15 | $ 410.68 | $ 410.68 |
| Franchise Support Travel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Rubbish Removal | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 313.65 | $ 266.61 | $ 266.61 |
| Storage | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Supplies | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,289.64 | $ 1,096.20 | $ 1,096.20 |
| Telephone | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 75.90 | $ 64.51 | $ 64.51 |
| Travel & Entertainment | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 71.63 | $ 60.88 | $ 60.88 |
| Utilities | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 2,055.90 | $ 1,747.52 | $ 1,747.52 |
| Web Hosting and Design | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| UST Fees | $975 | $975 | $975 | $975 | $975 | $975 | $975 | $ 975.00 | 975.00 | $975 | $975 | $ 975 | $ 975.00 | |
| **Total Operating Costs** | $ 9,990.50 | $ 9,990.50 | $ 9,990.50 | $ 9,990.50 | $ 9,990.50 | $ 9,990.50 | $ 9,840.13 | $ 9,840.13 | $ 9,840.13 | $ 9,990.50 | $ 9,990.50 | $ 8,638.18 | $ 8,638.18 | |
| | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | | |
| **Operating Income (loss)** | $ (1,280.79) | $ (1,280.79) | $ (1,280.79) | $ (1,280.79) | $ (1,280.79) | $ (1,280.79) | $ (6,408.88) | $ (6,408.88) | $ (6,408.88) | $ (1,280.79) | $ (1,280.79) | $ (4,064.69) | $ (4,226.73) | |